379 A.2d 590

Commonwealth v. Henderson, Appellant.

Submitted April 11, 1977. Clencie L. Cotton, and Cotton and Jones, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 590

Commonwealth v. Hibbard, Appellant.

Submitted December 6, 1976. Malcolm M. Limongelli, First Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 591

Commonwealth v. Hill, Appellant.

 Submitted June 28, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 591

Commonwealth v. Hill, Appellant.

 Submitted September 13, 1976. Robert E. Kerper, Jr., Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 591

Commonwealth v. Hines, Appellant.

